UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 Case No. 15-56061 |
|     Te'Kisha Chapman | ) | |
| | ) | Judge Hoffman |
| | ) | |
|     Debtor | | **WITHDRAWAL OF DOCUMENT #29** |

_____

    Now comes Debtor Te'Kisha Chapman, by and through undersigned counsel, and hereby provides notice of withdrawal of Document #29.

Respectfully submitted,

/s/ Erin E. Schrader
Erin E. Schrader
Rauser and Associates
5 East Long Street Suite 300
Columbus, OH 43215
(614)228-4480

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal of Document #29 was sent by electronic or regular U.S. mail on July 17, 2017, to the following:

**Trustee:**

Faye English
(Electronic mail)

**US Trustee**
(Electronic mail)

**Debtor by regular mail:**

Te'Kisha Chapman
311 Woodland Ave
Apt B
Columbus, OH 43203-1749

/s/ Erin E. Schrader
Erin E. Schrader
Rauser and Associates
5 East Long Street Suite 300
Columbus, OH 43215
(614) 228-4480