**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
United States Bankruptcy Judge

**Dated: July 20, 2017**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   TEKISHA CHAPMAN | : | Case No. 15-56061 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

### ORDER OF DISMISSAL (Doc. 27)

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein.  See 11 U.S.C. 1307 (c)(6).

The Trustee is hereby given leave to file her Final Report herein and be discharged from her trust.

**IT IS SO ORDERED.**

Copies to:

*ALL CREDITORS AND PARTIES IN INTEREST*

###